IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CENTRAL DRILLING, INC., | CV 25-101-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| HI PLAINS BUILDING DIVISION, LLC; NEXTERA ENERGY OPERATING SERVICES, LLC; AND CLEARWATER WIND LAND HOLDINGS, LLC, | |
| Defendants. | |

Plaintiff Central Drilling, Inc. ("Plaintiff") brought this action against Defendants Hi Plains Building Division, LLC ("Hi Plains"), NextEra Energy Operating Services, LLC ("NextEra"), and Clearwater Wind Land Holdings, LLC ("Clearwater"), asserting claims for breach of contract and conversion. (Doc. 1-1 at 1–5). Before the Court is NextEra's Motion to Dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6). (Doc. 2). United States Magistrate Judge Timothy J. Cavan issued his Findings and Recommendations (Doc. 19) on February 23, 2026, recommending that the Motion be granted.

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file any objections within 14 days of the filing of a magistrate judge's findings and recommendations.

1

Here, no objections were filed. When no party objects, the district court reviews the findings and recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if "the reviewing court . . . is left with the definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948). Having conducted this review, the Court finds no clear error and agrees with Judge Cavan's analysis and conclusions.

Accordingly, IT IS HEREBY ORDERED that Judge Cavan's Findings and Recommendations (Doc. 19) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that:

(1)   Defendant NextEra's Motion to Dismiss (Doc. 2) is GRANTED.

(2)   Count I is DISMISSED as to Defendant NextEra without prejudice and with leave to amend. Plaintiff shall file any amended complaint on or before March 31, 2026.

(3)   Count II is DISMISSED as to Defendant NextEra with prejudice.

DATED this __10th__ day of March, 2026.

SUSAN P. WATTERS
United States District Judge

2